LAWRENCE SMITH, *ET AL.*, PLAINTIFFS-APPELLANTS AND CROSS-RESPONDENTS, v. THE TOWNSHIP OF LIVINGSTON, *ETC.*, *ET AL.*, DEFENDANTS-RESPONDENTS, AND LIVINGSTON PROPERTIES CORP., A CORPORATION OF THE STATE OF NEW JERSEY, *ET AL.*, DEFENDANTS-RESPONDENTS AND CROSS-APPELLANTS.

Argued October 7, 1969—Decided October 15, 1969.

*Mr. Clive S. Cummis* argued the cause for appellants, cross-respondents (*Messrs. Cummis, Kent & Radin,* attorneys; *Mr. David S. Litwin* on the brief).

*Mr. Theodore L. Abeles* argued the cause for defendants, cross-appellants (*Messrs. Lum, Biunno & Tompkins,* attorneys; *Mr. William F. Tompkins,* of counsel).

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge Mintz in the Chancery Division, 106 *N. J. Super.* 444. The stay heretofore granted by the order of September 30, 1969, is vacated.

*For affirmance*—Chief Justice WEINTRAUB and Justices FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—6.

*For reversal*—NONE.